UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-6018-RSR

UNITED STATES OF AMERICA

v.

VITO VIZZI,

       Defendant.
_____/

**ORDER**

      This matter comes before the Court upon Defendant's Motion to Reveal *Nebbia* Collateral and Source of Funds [D.E. 7] and the Government's Notice of Compliance With *Nebbia* Condition [D.E. 8], which effectively stipulates that Defendant's *Nebbia* proffer satisfies the *Nebbia* condition, and no hearing is necessary on this matter at this time. The Court has also independently reviewed the *Nebbia* proffer. Upon consideration of these materials, it is hereby **ORDERED AND ADJUDGED** that the *Nebbia* requirement on Defendant Vizzi's bond is satisfied.

      Done and ordered this 21st day of January 2011.

*/s/ Robin S. Rosenbaum*
_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record